IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS CROOKS, #301 094, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:17-CV-363-WKW |
| LT. PITTMAN, SGT. BRIGGS, ) | [WO] |
| SGT. PETTWAY, C. O. HARRIS, ) | |
| CHIEF WILLIE JACKSON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 9, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice for failure of Plaintiff to pay the initial partial filing fee under 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

A separate final judgment will be entered.

DONE this 31st day of August, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE